# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LEDCOMM LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SIGNIFY NORTH AMERICA CORP.,<br>SIGNIFY HOLDING B.V., and<br>SIGNIFY N.V.,<br><br>  Defendants. | Case No. 6:20-cv-01056-ADA |

## JOINT MOTION TO ENTER SCHEDULING ORDER

Pursuant to the Court's email dated May 7, 2021 and the Court's Order Governing Proceedings ("OGP") version 3.3, the parties have agreed to a proposed scheduling order attached as Exhibit A.[1]  The parties respectfully ask the Court to enter the agreed schedule in Exhibit A.

---

[1] The parties note that the trial date set by the Court materially differs from the Court's default schedule.  Accordingly, pursuant to the Court's OGP version 3.3, the parties expect that the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines.

| | |
|---|---|
| Dated:  May 28, 2021 | Dated:  May 28, 2021 |
| /s/ *Raymond W. Mort, III* | /s/ *Brady Cox* |

Raymond W. Mort, III  
Texas State Bar No. 00791308  
raymort@austinlaw.com  
**THE MORT LAW FIRM, PLLC**  
100 Congress Ave, Suite 2200  
Austin, Texas 78701  
Tel/Fax: (512) 865-7950  

Cole B. Richter (*pro hac vice*)  
richter@ls3ip.com  
Jae Y. Pak (*pro hac vice*)  
pak@ls3ip.com  
David R. Grosby (*pro hac vice*)  
grosby@ls3ip.com  
**LEE SULLIVAN SHEA & SMITH LLP**  
656 West Randolph Street, Floor 5W  
Chicago, IL 60661  
Tel: (312) 754-0002  
Fax: (312) 754-0003  

*ATTORNEYS FOR PLAINTIFF*

Brady Cox (TX Bar No. 24074084)  
**ALSTON & BIRD LLP**  
2200 Ross Avenue, Suite 2300  
Dallas, Texas 75201  
Phone: (214) 922-3400  
Fax:     (214) 922-3899  
brady.cox@alston.com  

*ATTORNEY FOR DEFENDANTS*