UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| LEDCOMM LLC, | |
|---|---|
| Plaintiff, | Case No. 6:20-cv-01056-ADA |
| v. | |
| SIGNIFY NORTH AMERICA CORP., SIGNIFY HOLDING B.V., and SIGNIFY N.V., | |
| Defendants. | |

**SCHEDULING ORDER**

| Deadline | Item |
|---|---|
| **July 9, 2021** | Defendant serves preliminary invalidity contentions[2] in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the two years preceding the filing of the Complaint, unless the parties agree to some other timeframe. |
| **July 19, 2021** | Parties exchange claim terms for construction. |
| **August 2, 2021** | Parties exchange proposed claim constructions. |

---

[2] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served, and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| Deadline | Item |
|---|---|
| **August 9, 2021** | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon in their opening brief with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[3]  With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| **August 16, 2021** | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| **August 30, 2021** | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| **August 31, 2021** | Deadline to file motion for inter-district transfer. |
| **September 20, 2021** | Plaintiff files Responsive claim construction brief. |
| **October 4, 2021** | Defendant files Reply claim construction brief. |
| **October 12, 2021** | Plaintiff files a Sur-Reply claim construction brief. |
| **October 15, 2021** | Parties submit Joint Claim Construction Statement and provide copies of briefs to the Court. |
| **October 15, 2021** | Parties submit optional technical tutorials to the Court and technical advisor (if appointed) |
| **October 26, 2021** | *Markman* hearing at 9:00 a.m. |
| **October 27, 2021** | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| **December 7, 2021** | Deadline to add parties. |
| **December 21, 2021** | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |

---

[3] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| Deadline | Item |
|---|---|
| **February 15, 2022** | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| **April 26, 2022** | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| **May 24, 2022** | Close of Fact Discovery. |
| **June 21, 2022** | Opening Expert Reports. |
| **July 26, 2022** | Rebuttal Expert Reports. |
| **August 23, 2022** | Close of Expert Discovery. |
| **September 6, 2022** | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| **September 20, 2022** | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| **October 4, 2022** | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| **October 18, 2022** | Serve objections to pretrial disclosures/rebuttal disclosures. |
| **October 25, 2022** | Serve objections to rebuttal disclosures and file motions *in limine*. |
| **November 8, 2022** | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |

| Deadline | Item |
| --- | --- |
| **November 15, 2022** | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| **November 16, 2022** | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| **At the Court's convenience on or after November 21, 2022** | Final Pretrial Conference. The Court expects to set this date at the conclusion of the *Markman* Hearing. |
| **December 19, 2022** | Jury Selection/Trial. The Court expects to set this date at the conclusion of the Markman Hearing. |

ORDERED this \_\_\_13th\_\_\_ day of August, 2021.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**