# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LEDCOMM LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-01056-ADA |
| | § | |
| SIGNIFY NORTH AMERICA CORPORATION, SIGNIFY HOLDING B.V., SIGNIFY N.V., SIGNIFY N.V., SIGNIFY HOLDING B.V., SIGNIFY NORTH AMERICA CORPORATION, LEDCOMM LLC | § | |

## ORDER SETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MARKMAN HEARING by Zoom on November 19, 2021 at 09:00 AM.

IT IS SO ORDERED this 27th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § § | |
| vs. | § § | NO:  WA:21-CV-00057-ADA |
| INTEL CORPORATION | § | |

## ORDER SETTING POST TRIAL MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for POST TRIAL MOTION HEARING by Zoom on November 23, 2021 at 09:00 AM.

IT IS SO ORDERED this 27th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § § | |
| vs. | § § | NO: WA:21-CV-00299-ADA |
| INTEL CORPORATION | § | |

## ORDER SETTING POST TRIAL MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for POST TRIAL MOTION HEARING by Zoom on November 23, 2021 at 09:00 AM.

IT IS SO ORDERED this 27th day of October, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE